1183 HULBERT vs. HENRY (Justice of the Peace), No. 14878, 105 M., 211.

To compel respondent, a justice of the peace, to deliver over to his successor-elect the books and papers relating to the office.

Denied April 30, 1895, without costs.

The Charter of the City of Battle Creek provides, that the annual election shall be held on the first Monday in April in each year; that there shall be elected annually one justice of the peace, who shall hold office for four years, and until his successor shall be elected and qualify; that all justices of the peace shall qualify within five days after receiving notice of their election, and the sole question raised was whether the justice-elect takes office immediately upon qualifying or whether the incumbent's term ends July 4, under the general law.

1184 GRONDIN ET AL. vs. LOGAN (Supervisor) AND MALLEN (Township Clerk, of Seney), No. 12299, 88 M., 247.

To compel respondents to recognize relators as justices of the peace, and part of the township board.

Denied November 11, 1891, without costs.

Respondents insisted that relators were not regularly elected and duly qualified justices of the peace.

Held, that an answer denying allegations of fact made in the petition is decisive on a hearing on petition and answer.

Also, that the township board cannot in this proceeding question the election or qualification of justices, who have acted as such for more than a year.